# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

**No. ACM S32824**

————————————

**UNITED STATES**
*Appellee*

**v.**

**Dominic Z. SORENSEN**
Airman (E-2), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 30 March 2026

————————————

*Military Judge*: Nathan D. Royer.

*Sentence*: Sentence adjudged 10 April 2025 by SPCM convened at Creech Air Force Base, Nevada. Sentence entered by the military judge on 30 April 2025: Bad-conduct discharge, confinement for 60 days, reduction to the grade of E-1, and a reprimand.

*For Appellant*: Major Jordan L. Grande, USAF.

*For Appellee*: Major Vanessa Bairos, USAF.

Before DOUGLAS, MCCALL, and KUBLER, *Appellate Military Judges*.

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 30.4**

————————————

PER CURIAM:

The findings as entered are correct in law. Article 66(d), Uniform Code of Military Justice (UCMJ), 10 U.S.C. § 866(d) (*Manual for Courts-Martial, United States* (2024 ed.)). In addition, the sentence as entered is correct in law and fact, and no error materially prejudicial to the substantial rights of Appellant occurred. Articles 59(a) and 66(d), UCMJ, 10 U.S.C. §§ 859(a), 866(d)

(*Manual for Courts-Martial, United States* (2019 ed.)). Accordingly, the findings and sentence are **AFFIRMED**.



FOR THE COURT

SEAN J. SULLIVAN, Maj, USAF
Acting Clerk of Court